# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| REXIKIEL ROBERTS, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　　　　　V.<br><br>PARIS & PARIS, LLP; JEFFREY A. PARIS, an individual,<br>　　　　　Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08　2981<br><br>JSW |

TO: (Name and address of defendant)

ALL ABOVE-NAMED DEFENDANTS




**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA  94925

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

_____
(BY) DEPUTY CLERK

JUN 1 7 2008

DATE_____