# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

REXIKIEL ROBERTS, individually and on behalf of all others similarly situated,
    Plaintiff,

v.

PARIS & PARIS, LLP; JEFFREY A. PARIS, an individual; CITIFINANCIAL, a corporation,
    Defendants.

SUMMONS ON FIRST AMENDED COMPLAINT

AMENDED **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-CV-2981 JSW

E-filing

TO: (Name and address of defendant)

ALL ABOVE-NAMED DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7/14/08

(BY) DEPUTY CLERK
**Felicia Reloba**

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                          *Date*                                                    *Signature of Server*

                                                                                              _____
                                                                                              *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure