Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REXIKIEL ROBERTS, individually and on behalf of all others similarly situated, | Case No.: C 08-2981 JSW |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CITIFINANCIAL, A CORPORATION** |
| v. | |
| PARIS & PARIS, LLP; JEFFREY A. PARIS, an individual, JEFFREY A. PARIS, an individual; CITIFINANCIAL, a corporation, | |
| Defendants. | |
| _____/ | |

TO THE PARTIES PLEASE TAKE NOTICE:

Plaintiff dismisses the herein lawsuit without prejudice only as to CITIFINANCIAL, a

corporation, pursuant to FRCP 41 (a)(1)(i).

Dated:     July 19, 2008                    ___/s/_____
                                           Irving L. Berg
                                           THE BERG LAW GROUP

                                           ATTORNEY FOR PLAINTIFF