U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**Rexikiel Roberts, et al. v. Paris & Paris, LLP, et al.**
U. S. District Court Case No.: C 08-2981 JSW

**PROOF OF MAILING**

    I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**Notice of Dismissal without Prejudice as to
Defendant Citifinancial, a corporation**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 19, 2008                                      /s/
                                                                        Irving L. Berg

J. Preston Turner
Associate General Counsel
Citifinancial
300 St. Paul Place, BSP17D
Baltimore, MD 21202

PROOF OF MAILING