Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REXIKIEL ROBERTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARIS & PARIS, LLP; JEFFREY A. PARIS, an individual, JEFFREY A. PARIS, an individual; CITIFINANCIAL, a corporation,<br><br>Defendants.<br>_____/ | Case No.: C 08-2981 JSW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS PARIS & PARIS. L.P. & JEFFREY A. PARIS** |

TO THE PARTIES PLEASE TAKE NOTICE:

Plaintiff dismisses the herein lawsuit without prejudice as to DEFENDANTS, PARIS & PARIS. L.P. & JEFFREY A. PARIS pursuant to FRCP 41 (a)(1)(i) and without prejudice as to the putative class.

Dated:   July 23, 2008           /s_____
                                 Irving L. Berg
                                 THE BERG LAW GROUP

                                 ATTORNEY FOR PLAINTIFF