1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**Rexikiel Roberts, et al. v. Paris & Paris, LLP, et al.**
U. S. District Court Case No.: C 08-2981 JSW

## PROOF OF MAILING

I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA  94925. On the date set forth below, I served the:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS
PARIS & PARIS. L.P. & JEFFREY A. PARIS**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 23, 2008               _____/s/_____
                                        Irving L. Berg

Tomio B. Narita
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816

PROOF OF MAILING